UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

McLees

        Plaintiff,

 -v-                                      ORDER re: Motion in Limine
                                                  CV-04-3241 (TCP)

Home Depot USA, Inc., et al.

        Defendant.

--------------------------------------------------------X

       Defendants, Werner Co, and Home Depot, Inc. filed a motion in limine on May 16, 2006. The Court defers decision on this motion. The motion will be reopened and addressed by the Court and parties at the eve of trial. A decision will be rendered at that time or during the trial.

       SO ORDERED.

                                                                  /s/
                                                            Thomas C. Platt
                                                            U.S. District Judge

Dated: Central Islip, NY
        July 11, 2006