UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
HELEN MCLEES.,
        Plaintiff,
  -v-                                                        ORDER TO ADMINISTRATIVE CLOSE CASE
                                                          CV-04-3241(TCP)

HOME DEPOT USA and WERNER CO.
        Defendants.
---------------------------------------------------X

        IT IS HEREBY ORDERED having been advised by the parties on November 6, 2006 that the defendant, Werner Co., in the above case filed a Chaper 11 Bankruptcy petition and that Home Depot is a "Protected Defendant" as to which a stay of product liability claims/litigation has been entered, the above case is administratively closed.

        IT IS FURTHER ORDERED at the completion of the bankruptcy stay the court will reopen the case upon receipt of letter from counsel so requesting.

        The Clerk of the Court is directed to mail a copy of this order to all parties and mark this case closed.

                                                                /s/
                                                         Thomas C. Platt
                                                         U.S. District Judge

Dated: Central Islip, NY
        November 16, 2006